*JH*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
                               )
                               )          **FILED**
          v.                   )
                               )          JAN 1 6 2007  NF
                               )          Jan. 16, 2007
CHRIS NOVAK                    )          MICHAEL W. DOBBINS
                               )          CLERK, U.S. DISTRICT COURT
                               )
                               )
                               )
                               )
                               )
                               )          No. 06 CR 897-2
                               )          Magistrate Judge Maria Valdez
                               )
                               )

## FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on December 14,

2006, and for and in consideration of bond being set by the Court for defendant CHRIS NOVAK

in the amount of $100,000 being partially secured by real property, **CHRIS NOVAK (GRANTOR)**

hereby warrants and agrees:

1.       CHRIS NOVAK warrants that he is the sole record owner and titleholder of the real

property located at 6051 South 75th Court, Summit, Illinois, and described legally as follows:

> LOT 49 IN ARGO HOME ADDITION, A SUBDIVISION OF THAT PART OF
> THE NORTH 3/4 OF THE NORTHWEST 1/4 OF THE SOUTHEAST 1/4 OF
> SECTION 13, TOWNSHIP 38 NORTH, RANGE 12, EAST OF THE THIRD
> PRINCIPAL MERIDIAN, LYING SOUTH OF THE RIGHT OF WAY OF
> TERMINAL RAILROAD, IN COOK COUNTY, ILLINOIS.

Permanent Index Number:     18-13-404-006-0000

CHRIS NOVAK warrants that there is only one outstanding mortgage against the subject property

and that his equitable interest in the real property approximately equals $109,000.

2.　　CHRIS NOVAK agrees $100,000 of his equitable interest in the above-described real property, shall be forfeited to the United States of America, should he fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. CHRIS NOVAK further understands and agrees that, if he should violate any condition of the Court's release order, he will be liable to pay the difference between the bond amount of $100,000, if any, and his equitable interest in the property, and CHRIS NOVAK hereby agrees to the entry of a default judgment against him for the amount of any such difference. CHRIS NOVAK has received a copy of the Court's release order and understands its terms and conditions. Further, he understands that the only notice he will receive is notice of court proceedings.

3.　　CHRIS NOVAK further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. CHRIS NOVAK understands that should he fail to appear or otherwise violates any condition of the Court's order of release, the United States will obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4.　　CHRIS NOVAK further agrees that he will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish his interest therein, including any effort to sell or otherwise convey the property without leave of Court. Further, CHRIS NOVAK has executed a release in favor of the United States so it can be verified that all obligations relating to the property are paid currently.

5.     CHRIS NOVAK further understands that if he has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for his release he is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. CHRIS NOVAK agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6.     CHRIS NOVAK hereby declares under penalty of perjury that he has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: _____

**CHRISTOPHER C. NOVAK**
**aka CHRIS NOVAK**
**Surety/Grantor**

Date: _____

Witness _____

**Return to:**
Bissell, US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604